**STATE OF LOUISIANA**      *      **NO. 2020-K-0039**

**VERSUS**      *      **COURT OF APPEAL**

**CALVIN SMITH**      *      **FOURTH CIRCUIT**

     *      **STATE OF LOUISIANA**

     *

     *

**\* \* \* \* \* \* \***


**BELSOME, J., DISSENTS**

I respectfully dissent for the reasons outlined by the trial court in its judgment.